# United States Court of Appeals for the Federal Circuit

August 17, 2005

E R R A T A

Appeal No. 04-1506                      WARNER-LAMBERT V TEVA PHARM

Decided:  August 11, 2005               Precedential Opinion

Please make the following change:

Page 14, line 11, delete "enalapril" and insert --quinapril--.